UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Charles Mayweather

V.   Case Number: 3:11cv1649 (WWE)

GE Money Bank

**FILED**
2012 JUN 15 A 11:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

NOTICE TO COUNSEL/PRO SE PARTIES

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 14 days after the conference, the participants must jointly file a report of the conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a defendant in this case but no report has been filed.

Accordingly, it is hereby ordered that the parties must file a Form 26(f) report by July 16, 2012 along with a written statement signed by all counsel and pro se parties explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint.

Dated at Bridgeport, Connecticut, June 15, 2012.

ROBIN D. TABORA, CLERK

By: _Rosalie Krajcik_
Rosalie A. Krajcik
Deputy Clerk